# Exhibit 2

# VECTRA BANK

## CORPORATE LEGAL SERVICES DEPARTMENT

One South Main | Suite 1100 | Salt Lake City UT 84133-1109
direct:  (801) 844-7619
fax: (855) 547-8091
david.mcgrath@zionsbancorp.com

*Via certified and regular mail*

April 17, 2023

Tyrell Anderson
8438 Caddis Court
Colorado Springs, CO  80924

> Re:    Loan No. 1447000410███
>        Charge-Off No. ███████4581

Dear Mr. Anderson:

I represent Vectra Bank ("Vectra") and have been asked to contact you regarding the above-referenced loan, evidenced by that certain Vectra Bank Colorado Signature Agreement and Disclosure dated April 12, 2017 in the original principal amount of $15,000.00 (the "Note"). You are in default under the Note in that you have failed to make the monthly payments due thereunder. Based on this default, Vectra has accelerated the Note and hereby declares all amounts owing thereunder to be immediately due and payable.

As of the date of this letter, the balance due and owing on the Note is **$14,400.00**. Further, Vectra is entitled to collect all costs and attorney's fees incurred by Vectra as a result of its collection efforts on the Note.

Vectra hereby makes demand upon you to (1) pay the total amount set forth above, together with any costs and attorney's fees which are incurred after the date of this letter, or (2) make acceptable repayment arrangements with Vectra on these amounts, by no later than **May 1, 2023**. In the event you fail to take one of these actions by that date, **Vectra will have no option but to pursue any and all remedies which it may have against you, including, but not limited to, commencement of legal action against you for the collection of all amounts owing on the Note. As set forth above, all costs and attorney's fees incurred by Vectra in taking these actions, will be added to the balance of your obligations under the Note.**

To make payment arrangements or to discuss this matter further, please contact Dwight Barrett directly at (801) 215-0863 or by e-mail at dwight.barrett@zionsbancorp.com.

YOUR IMMEDIATE ATTENTION TO THIS MATTER IS REQUIRED.  PLEASE GOVERN YOURSELF ACCORDINGLY.

Sincerely,

David M. McGrath
Sr. Vice President &
Managing Legal Counsel

cc:    Dwight Barrett

Vectra Bank, a division of Zions Bancorporation, N.A.